USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOSYEAR WHITE,

                Plaintiff,

-against-

NEW CITY FUNDING CORP.,

                Defendant.

7:23 cv 03719 (NSR-AEK)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of **Ari H. Marcus, Esq.**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **New York and New Jersey**; and that his/her contact information is as follows (please print):

Applicant's Name: Ari H. Marcus, Esq.
Firm Name: Marcus & Zelman, LLC
Address: 701 Cookman Avenue, Suite 300
City / State / Zip: Asbury Park, NJ 07712
Telephone / Fax: (732) 695-3282

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Plaintiff, Dosyear White** in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 11, 2024
White Plains, NY

Hon. Nelson S. Román
United States District Judge

**The Clerk of Court is directed to terminate the motion at ECF No. 24.**